# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CATRICE PIERRE, ET AL. | CIVIL ACTION |
| VERSUS | NO. 12-1891 |
| DEPUTY LEE HARDY, ET AL. | SECTION C(3) |

## ORDER

IT IS ORDERED that the defendants' Motion in Limine to Exclude Expert Testimony is DENIED without prejudice to re-urging. Rec. Doc. 35. Defendants argue that any expert evidence should be precluded for plaintiff's failure to submit any report by the expert deadline provided for in the scheduling order. Given the motions to withdraw filed by plaintiffs' counsel (Rec. Docs. 27 & 30) and counsel's representation that plaintiffs are in the process of retaining new counsel, the Court agrees with plaintiffs that this motion is premature. The Court will allow plaintiffs additional time to retain new counsel, before determining whether any evidence should be excluded in light of plaintiffs' failure to comply with the current scheduling order.

IT IS FURTHER ORDERED that any motion to continue the trial date to allow plaintiff time to retain new counsel be filed no later than August 26, 2014 at 4:30 PM.

New Orleans, Louisiana, this 19th day of August, 2014

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE